# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Braden, Susan G. | U.S. Court of Federal Claims | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | American Bar Association - salary compensation |
| 2. 2014 | Ropes & Gray L.L.P. - retirement benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Howard Law School & Finnegan Henderson, LLP | 03/13/2014-03/14/2014 | Huntsville, Alabama | IP Law Seminar (panelist) | Transportation, lodging, and meals |
| 2. | New York IP Law Association | 03/28/2014-03/30/2014 | New York, New York | Annual Judicial Program (attendee) | Transportation, lodging, and meals |
| 3. | American Bar Association, IP Law Section | 08/07/2014-08/10/2014 | Boston, Massachusetts | ABA Annual Meeting (attendee) | Meal (Council dinner cruise) |
| 4. | ChIPs - Women in IP | 10/01/2014-10/02/2014 | Washington, D.C. | Conference (panelist) | Meals |
| 5. | United States Court of Federal Claims | 11/17/2014 | Washington, D.C. | Annual Judicial Conference (attendee) | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BB&T | Mortgage on Investment Real Property | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (Alexandria, VA) ▓ (x) | F | Rent | P1 | W | | | | | |
| 2. Citibank ▓ | A | Interest | L | T | | | | | |
| 3. RGIP, LLC ▓ | E | Distribution | M | W | | | | | |
| 4. Dept. of Justice Credit Union ▓ (IRA/CD) | D | Interest | N | T | | | | | |
| 5. Dept. of Justice Credit Union ▓ (SEP) | C | Interest | M | T | | | | | |
| 6. J.P. Morgan 401(k) ▓ | A | Int./Div. | P1 | T | Distributed (part) | 10/22/14 | M | | |
| 7. Oil & Gas Royalty (Houston & San Antonio, TX) ▓ | A | Royalty | K | W | | | | | |
| 8. Federal DOJ/FTC Retirement ▓ | A | Interest | K | T | | | | | |
| 9. Ropes & Gray Partnership Savings Retirement Account ▓ | A | Interest | L | W | Distributed (part) | 01/02/14 | L | | |
| 10. U Fund College Investing Plan: MA Portfolio 2021 | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 11. U Fund College Investing Plan: MA Portfolio 2024 | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 12. U Fund College Investing Plan: MA Portfolio 2024 | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 13. U Fund College Investing Plan: MA Portfolio 2027 | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 14. U Fund College Investing Plan: MA Portfolio 2027 | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 15. U Fund College Investing Plan: MA Portfolio 2030 | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 16. Ropes & Gray Personal Trust Account ▓ | D | Int./Div. | N | T | Buy (add'l) | 10/22/14 | P1 | | |
| 17. Las Vegas Sands Corp. (Common Stock) ▓ | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Bar Ass'n Thrift Plan (x) (no control) | D | Int./Div. | M | T | Buy (add'l) | 11/17/14 | J | | |
| 19. | | | | | Buy (add'l) | 02/15/14 | L | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 5, lines 3 and 6: These are ▮▮▮▮▮ investment and retirement accounts; however, neither the filer nor the filer's ▮▮▮▮ directs the investment, purchase or disposition of assets in those accounts, and filer has no knowledge of the specific investments in these accounts. (RGIP is a series of investments managed by Ropes & Gray Investment Partnership; the 401(k) plan is held by J.P. Morgan and managed by Ropes & Gray).

Part VII, page 5, lines 10-15 (College Savings Funds): The assets listed are 529 Savings Plans invested by ▮▮▮▮ for ▮▮▮▮▮▮▮ through the state of Massachusetts and managed by Fidelity; they do not allow for the selection of assets within the accounts by either the owner or beneficiary.

Part VII, page 5, line 16: Neither the filer nor the filer's ▮▮▮▮ directs the investment, purchase or disposition of assets in this trust account (managed by Ropes & Gray), and filer has no knowledge of the specific investments in these accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan G. Braden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544